```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                       WESTERN DIVISION
```

Renee Mason                                              Plaintiff

vs.                           Civil Action No. 5:16-cv-36-DCB-MTP

Dr. Alton Hall,
Low Cost Vaccinations, LLC, et al                        Defendant

## ORDER

Settlement documents are being circulated in the referenced case, and the parties are hereby granted fifteen (15) additional days to complete the settlement, this extension being in addition to the forty-five (45) days previously granted.

SO ORDERED this the 10th day of August, 2016.

                                S/David Bramlette
                                UNITED STATES DISTRICT JUDGE