```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                       WESTERN DIVISION
```

Renee Mason                                                Plaintiff

vs.                          Civil Action No. 5:16-cv-36-DCB-MTP

Dr. Alton Hall,
Low Cost Vaccinations, LLC, et al                          Defendant

## ORDER

Settlement documents are being circulated in the referenced case, and the parties are hereby granted fifteen (15) additional days to complete the settlement. This extension is in addition to the fifteen (15) days previously granted.

SO ORDERED this the  29th  day of August, 2016.


                                   s/David Bramlette
                              UNITED STATES DISTRICT JUDGE